AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

/s/  Gregory T. Murphy

Date

Signature

Print Name                                                    Bar Number

Address

City                        State                        Zip Code

Phone Number                                              Fax Number

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Tomas Vera-Sanchez

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE JAN M. ADLER)**

11 | UNITED STATES OF AMERICA,           )    Case No. 08MJ1272
                                         )
12 |          Plaintiff,                 )
                                         )
13 | v.                                  )    **CERTIFICATE OF SERVICE**
                                         )
14 | TOMAS VERA-SANCHEZ,                 )
                                         )
15 |          Defendant.                 )
   |_____)
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov
20

21                                      Respectfully submitted,

22

23 DATED:     April 29, 2008             /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Tomas Vera-Sanchez
25

26

27

28